# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                                    CASE NO. 6:24-cr-56-JA-LHP

LUIS MIGUEL PLAZA

_____

### ORDER

The defendant's plea of guilty was accepted by the Court. (Doc. 53). The defendant pled guilty to Counts One, Two, and Three of the Indictment. Because the defendant entered a guilty plea to an offense listed in 18 U.S.C. § 3142(f)(1)(A), (B), or (C), the defendant is subject to the provisions of 18 U.S.C. § 3143(a)(2) upon adjudication of guilt. Therefore, the defendant is ordered to voluntarily surrender to the United States Marshal's office at 401 West Central Blvd, Orlando, FL 32801, on or before 2:00 PM on Friday, August 16, 2024.

**DONE** and **ORDERED** in Orlando, Florida on August 13, 2024.

_____
JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
United States Marshal
United States Attorney
Counsel for Defendant